C. E. HAYWOOD, B. L. BROOKS, SR., J. M. ADAMS, ROSS THORN-TON, E. C. TILSLEY, F. W. THORP, J. H. KOGER, ROY H. BROOKS, E. C. GANNAWAY, H. G. BOOTH, H. SPEIGHT, J. J. POKEY, CARL A. BAXLEY, ALLEN T. HILL, JR., H. E. MILLER and CHARLES O. STOY, v. THE CITY OF MIAMI, a municipal corporation, BOARD OF PUBLIC INSTRUCTION of Dade County, Florida, N. P. LOWREY, C. H. CRANDON, HUGH PETERS, J. LAMAR PAXSON and J. D. REDD, as members of and constituting the DADE COUNTY HEALTH UNIT, and also as members of and

constituting the **BOARD OF COUNTY COMMISSIONERS of DADE COUNTY, Florida, CITY OF CORAL GABLES,** a municipal corporation, and **CITY OF MIAMI BEACH,** a municipal corporation, and **DR. THOMAS H. D. GRIFFITTS.**

12 So. (2nd) 131         January Term, 1943
February 22, 1943       Division A

*Abe Aronovitz* and *Mitchell D. Price,* and *Price, Zaring, Florence & Kirchik* for appellants.

*J. W. Watson, Jr.,* for Appellee City of Miami and *Hudson & Cason,* for Appellees, N. P. Lowery, C. H. Crandon, Hugh Peters, J. Lamar Paxson and J. D. Redd, etc., et al., appellees.

PER CURIAM:

This cause having heretofore been submitted to the Court upon the transcript of record and briefs and argument of counsel for the respective parties, and the record having been seen and inspected, and the Court being now advised of its judgment to be given in the premises, it seems to the Court that there is no error in the said decree; it is, therefore, considered, ordered and adjudged that the said decree of the circuit court be, and the same is hereby affirmed.

BUFORD, C. J., TERRELL, CHAPMAN and ADAMS, JJ., concur.